AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 07 CR 907

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dominick Memoli

I certify that I am admitted to practice in this court.

| 11/8/2007 | *signature* |
|---|---|
| Date | Signature |
| | Erik M. Zissu — EZ3488 |
| | Print Name / Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York / New York / 10017 |
| | City / State / Zip Code |
| | (212) 450-4511 / (212) 450-3511 |
| | Phone Number / Fax Number |