AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 CR 907

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dominick Memoli

I certify that I am admitted to practice in this court.

| 11/8/2007 | | |
|---|---|---|
| Date | Signature | |
| | Martine M. Beamon | MB1687 |
| | Print Name | Bar Number |
| | 450 Lexington Avenue | |
| | Address | |
| | New York         New York         10017 | |
| | City         State         Zip Code | |
| | (212) 450-4262 | (212) 450-3262 |
| | Phone Number | Fax Number |