ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :
JOHN MELICHAREK,                 :        S1 07 Cr. 907 (SAS)
    a/k/a "Rocky,"               :
MICHAEL IUNI,                    :
DOMINICK MEMOLI,                 :
    a/k/a "Shakes,"              :
ANGELO NICOSIA,                  :
LOUIS PIPOLO,                    :
DARDIAN CELAJ,                   :
    a/k/a "Danny,"               :
ENED GJELAJ,                     :
    a/k/a "Neddy," and           :
GJELOSH KRASNIQI,                :
        a/k/a "Jimmy,"           :
                                 :
            Defendants.          :
- - - - - - - - - - - - - - - - x



        WHEREAS, the above-captioned indictment was returned on

December 18, 2007 and, upon application of the government,

ordered to be filed under seal; and

        WHEREAS the Government has requested that the above-

captioned indictment be unsealed;

        IT IS HEREBY ORDERED, that, the indictment docketed as

S1 07 Cr. 907 (SAS) be unsealed.

Dated: New York, New York
       January 3, 2008


SO ORDERED:


                        _____
                        UNITED STATES MAGISTRATE JUDGE
                        SOUTHERN DISTRICT OF NEW YORK