AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES of AMERICA
      -v.-
JOHN MELICHAREK,
      et al.

**APPEARANCE**

Case Number: 07 CR 907

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Dominick Memoli

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/8/2008 | *[signature]* |
| Date | Signature |
| | Jared R. Winnick      JW1229 |
| | Print Name      Bar Number |
| | 450 Lexington Avenue |
| | Address |
| | New York    NY    10017 |
| | City    State    Zip Code |
| | (212) 450-4410     (212) 450-3410 |
| | Phone Number     Fax Number |