# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

ERIK M. ZISSU
212 450 4511
erik.zissu@dpw.com



January 15, 2008

Re:   *United States v. Melicharek et al., 07 CR 907 (SAS)*

Hon. Shira A. Scheindlin
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Dear Judge Scheindlin:

    I am counsel to defendant Dominick Memoli in the above-referenced action, working with Martine Beamon, who was appointed from the CJA panel. On or about January 25, 2008, I will be leaving my present employment with Davis Polk & Wardwell. Accordingly, I respectfully request that the Court permit me to be substituted as a counsel of record by my colleague Jared R. Winnick, also of Davis Polk & Wardwell. In addition, Martine Beamon will remain as primary counsel to Mr. Memoli. Mr. Memoli understands and consents to this request.

    Please do not hesitate to contact me if I can be of any further assistance.

Respectfully yours,

Erik M. Zissu

cc:   Elie Honig, Esq.

<u>By Overnight Courier</u>

So Ordered

_____
Hon. Shira A. Scheindlin

1/16/08