UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA,                               :
:
    - against -                                               :
:  S1 07 Cr. 907 (SAS)
JOHN MELICHAREK,                                        :
    a/k/a "Rocky,"                                          :  **NOTICE OF MOTION**
MICHAEL IUNI,                                           :
DOMINICK MEMOLI,                                        :  ORAL ARGUMENT
    a/k/a "Shakes,"                                         :  REQUESTED
ANGELO NICOSIA,                                         :
LOUIS PIPOLO,                                           :
DARDIAN CELAJ,                                          :
    a/k/a "Danny,"                                          :
ENED GJELAJ,                                            :
    a/k/a "Neddy,"                                          :
GJELOSH KRASNIQI,                                       :
    a/k/a "Jimmy,"                                          :
              Defendants.                             :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that upon the annexed declaration of Martine Beamon, the accompanying memorandum of law, and all prior pleadings and proceedings in this action, defendant Dominick Memoli will move this Court, before the Honorable Shira A. Scheindlin, U.S.D.J., at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and date directed by the Court for an Order:

        (1)    severing Counts III-VII from the remainder of the Superseding Indictment or severing Mr. Memoli from the other defendants pursuant to Rule 8(b) or 14 of the Federal Rules of Criminal Procedure;

(2) directing the Government to comply with Defendants' discovery requests pursuant to Rules 7(f), 16, and 57(b) of the Federal Rules of Criminal Procedure; and

(3) granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 15, 2008

DAVIS POLK & WARDWELL

By:  /s/ Martine M. Beamon
Martine M. Beamon (MB 1687)
Jared R. Winnick (JW 1229)

450 Lexington Avenue
New York, New York  10017
(212) 450-4000

Attorneys for Defendant
Dominick Memoli

To: Elie Honig
Assistant United States Attorney for the Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Barry Levin, Esq.
666 Old Country Road
Suite 333
Garden City, NY 11530
Attorney for Defendant
John Melicharek

Alan M. Nelson, Esq.
3000 Marcus Ave.,
Suite 1e5
Lake Success, NY 11042
Attorney for Defendant
Michael Iuni

Daniel Welsh, Esq.
551 Summit Ave.
Jersey City, NJ 07306
Attorney for Defendant
Angelo Nicosia

Sheryl Reich, Esq.
148 E. 78th St.
New York, NY 10021
Attorney for Defendant
Louis Pipolo

Steven R. Kartagener, Esq.
225 Broadway,
Suite 2700
New York, NY 10007
Attorney for Defendant
Dardian Celaj

David Stern
100 Lafayette St.
Suite 501
New York, NY 10013
Attorney for Defendant
Ened Gjelaj