# DAVIS POLK & WARDWELL

450 LEXINGTON AVENUE
NEW YORK, NY 10017
212 450 4000
FAX 212 450 3800

MENLO PARK
WASHINGTON, D.C.
LONDON
PARIS
FRANKFURT
MADRID
TOKYO
BEIJING
HONG KONG

JARED R. WINNICK
212 450 4410
JARED.WINNICK@DPW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

RECEIVED
CHAMBERS OF
AUG - 1 2008
JUDGE SCHEINDLIN

July 31, 2008

By Hand Delivery

Re: **United States v. Dominick Memoli, S1 07 Cr. 907 (SAS)**

Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street
New York, New York 10007

Dear Judge Scheindlin:

    I represent defendant Dominick Memoli in the above-referenced action. Mr. Memoli is presently scheduled to be sentenced by Your Honor on August 12, 2008.

    Pursuant to the instructions of Your Honor's Deputy, I write to request that Mr. Memoli's sentencing be adjourned to September 3, 2008 at 4:00 p.m. and that his sentencing submission be due on August 25, 2008. This will allow us an opportunity to review the Pre-Sentence Report, which is not yet finalized, prior to making our sentencing submission. The Assistant United States Attorney has consented to this adjournment.

    Please do not hesitate to contact me with any questions.

Respectfully yours,

*Jared Win—*

Jared R. Winnick

cc: Elie Honig (via electronic mail)

*Request granted. The sentence is adjourned to September 3, 2008 at 4:00 p.m. So Ordered.*